AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| RON A. TWYMAN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:16-cv-934-RC |
| OGILVY PUBLIC RELATIONS | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ogilvy Public Relations Worldwide Inc. (incorrectly identified in caption as Ogilvy Public Relations)    .

Date:  8/31/2016

/s/ MEREDITH S. CAMPBELL
*Attorney's signature*

Meredith S. Campbell, DC Bar No. 478529
*Printed name and bar number*
Shulman, Rogers, Gandal, Pordy & Ecker, PA
12505 Park Potomac Ave., 6th Floor
Potomac, MD 20854-6803
*Address*

MCampbell@shulmanrogers.com
*E-mail address*

(301) 255-0550
*Telephone number*

(301) 230-2891
*FAX number*